To whom it may Concern:

3/13/2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
MAR 17 2015
CHRISTOPHER A. PRINE
CLERK

My name is Michael Kentx, I am requesting transcripts on my brother behalf. Please send information to _me_ and my _brother_ as far a payment and total amount needed. to his addresses and mine below

Thank you

Michael KenTish
P.O. Box 5422
Virginia Beach VA
23471



## TEXAS STATE LAW LIBRARY
## P.O. BOX 12367
## AUSTIN, TEXAS 78711-2367

7 January 2015

RE: Document Request

Mark Kentish (#1846130)
Clements Unit (037)
Amarillo, TX 79107-9606

Dear Mr. Kentish,

Thank you for contacting the Texas State Law Library. We received your request on 10 November 2014, but unfortunately, we are unable to process your request for the following reason:

We are unable to obtain the records you requested because we only have access to records held at the Third Court of Appeals, the Court of Criminal Appeals, and the Supreme Court. Your court records are located at the 14th Court of Appeals. Please contact the clerk of that court at the following address and request the records for appeal #14-13-00266-CR:

Christopher Prine, Clerk
14th Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

Enclosed is an estimate for the files at the Court of Criminal Appeals or Third Court of Appeals related to your case. These are the only Courts whose files we have access to. We do not have access to the files of any of the district courts or Appeal Courts outside of Austin, therefore we cannot provide copies of trial documents as requested.

In the estimate, you will find two different Reporter's Records included. Since they were filed on different days and both part of the Petition for Discretionary Review file, we supplied the information for both although they have the same page counts.

Additionally, this estimate does not contain an estimate for volume 8 of the Reporter's Record, as it contains exhibits. The State Law Library does not have authorization to copy exhibit files from the Third Court of Appeals and the Court of Criminal Appeals. In order to obtain copies of exhibits from these courts, you will need to contact the Court directly to file a motion requesting these documents. We cannot facilitate or assist you with this process. You may also contact your trial court directly to obtain copies of exhibits.

Sincerely,
State Law Library Reference Staff

**KENTISH, MARK**



**STATE LAW LIBRARY**
**P.O. BOX 12367**
**AUSTIN, TEXAS 78711-2367**

To: Mark Kentish #1846130
From: Inmate Copy Service Staff
Re: Cost of your request (#7164) for copies received November 10, 2014

Estimate #4099 dated December 19, 2014

| Document Requested | # of Pages | Cost | Check to order |
|---|---|---|---|
| **Court of Criminal Appeals** | | | |
| **PD-1207-14 - #EXT REH** | | | |
| •LETTER OF INSTRUCTION | 2 Pages | $0.50 | ☐ |
| •MOTION FOR REHEARING | 4 Pages | $1.00 | ☐ |
| **Court of Criminal Appeals** | | | |
| **PD-1207-14 - #MOT SUSP 9.3(b)** | | | |
| •PETITIONER'S MOTION UTILIZING RULE #2 OF TEXAS RULES OF APPELLATE PROCEDURE TO SUSPEND RULE 9.3 OF TEXAS RULES OF APPELLATE PROCEDURE | 3 Pages | $0.75 | ☐ |
| **Court of Criminal Appeals** | | | |
| **PD-1207-14 ORIGINAL PETITION FOR DISCRETIONARY REVIEW - #ORIGINAL PDR** | 35 Pages | $8.75 | ☐ |
| **Court of Criminal Appeals** | | | |
| **PD-1207-14 PART 1** | | | |
| •DOCKET SHEET | 4 Pages | $1.00 | ☐ |
| •MEMORANDUM OPINION FROM THE FOURTEENTH COURT OF APPEALS | 17 Pages | $4.25 | ☑ |
| •JUDGMENT FROM FOURTEENTH COURT OF APPEALS | 1 Pages | $0.25 | ☑ |
| •REPORTER'S RECORD VOLUME 1 OF 8 MASTER INDEX FILED 13 JUNE 2013 | 11 Pages | $2.75 | ☑ |
| •REPORTER'S RECORD VOL 2 OF 8 JURY VOIR DIRE FILED 13 JUNE 2013 | 136 Pages | $34.00 | ☑ |
| •REPORTER'S RECORD VOL 3 OF 8 TRIAL ON THE MERITS FILED 13 JUNE 2013 | 111 Pages | $27.75 | ☑ |
| •REPORTER'S RECORD VOL 4 OF 8 TRIAL ON THE MERITS FILED 13 JUNE 2013 | 227 Pages | $56.75 | ☑ |
| •REPORTER'S RECORD VOL 5 OF 8 TRIAL ON THE MERITS FILED 13 JUNE 2013 | 284 Pages | $71.00 | ☑ |
| •REPORTER'S RECORD VOL 6 OF 8 TRIAL ON THE MERITS FILED 13 JUNE 2013 | 35 Pages | $8.75 | ☑ |
| •REPORTER'S RECORD VOL 7 OF 8 PUNISHMENT PROCEEDINGS FILED 13 JUNE 2013 | 67 Pages | $16.75 | ☑ |
| **Court of Criminal Appeals** | | | |
| **PD-1207-14 PART 2 CLERK'S RECORD VOLUME 1** | | | |
| •14-13-00266-CR CAUSE #1379634 VOLUME 1 OF 2 COVER SHEET | 1 Pages | $0.25 | ☐ |
| •CLERK'S RECORD VOLUME 1 OF 2 COVER SHEET | 1 Pages | $0.25 | ☐ |
| •INDEX | 4 Pages | $1.00 | ☐ |
| •CAPTION | 1 Pages | $0.25 | ☐ |
| •INDICTMENT FROM PRIMARY CAUSE NO. 1379634 | 1 Pages | $0.25 | ☐ |
| •COMPLAINT | 1 Pages | $0.25 | ☑ |
| •INDICTMENT | 1 Pages | $0.25 | ☑ |

Mark Kentish                    Estimate #4099—19 Dec 2014                    $605.36

*[Handwritten margin notes: "think I have this →" with numbered list 1 through 11]*

| Document | Pages | Cost | |
|---|---|---|---|
| •MOTION TO DISMISS APPOINTED ATTORNEY AND APPOINT NEW COUNSEL TO ACT ON BEHALF OF DEFENDANT | 3 Pages | $0.75 | ☑ |
| •MOTION TO DISMISS AND ORDER OF THE COURT | 1 Pages | $0.25 | ☑ |
| •INDICTMENT | 1 Pages | $0.25 | ☑ |
| •INSTANTER | 1 Pages | $0.25 | ☐ |
| •DEFENDANT'S MOTION FOR DISCOVERY AND INSPECTION AND ORDER OF THE COURT | 9 Pages | $2.25 | ☑ |
| •LETTER FROM DEFENDANT | 2 Pages | $0.50 | ☑ |
| •REQUEST FOR APPOINTMENT OF COUNSEL AND ORDER OF THE COURT | 1 Pages | $0.25 | ☑ |
| •MOTION TO AMEND INDICTMENT AND ORDER OF THE COUR | 3 Pages | $0.75 | ☑ |
| •MOTION FOR THE APPOINTMENT OF AN INVESTIGATOR AND ORDER OF THE COURT | 4 Pages | $1.00 | ☑ |
| •CASE RESET FORM | 1 Pages | $0.25 | ☐ |
| •MOTION TO DISMISS AND ORDER OF THE COURT | 1 Pages | $0.25 | ☑ |
| •STATE'S FIRST AMENDED NOTICE OF EXPERTS | 2 Pages | $0.50 | ☐ |
| •STATE'S FIRST AMENDED NOTICE OF INTENTION TO USE EXTRANEOUS OFFENSES AND PRIOR CONVICTION | 4 Pages | $1.00 | ☑ |
| •STATE'S NOTICE OF EXPERTS | 2 Pages | $0.50 | ☑ |
| •STATE'S NOTICE OF INTENTION TO USE EXTRANEOUS OFFENSES AND PRIOR CONVICTIONS | 3 Pages | $0.75 | ☑ |
| •STATE'S NOTICE OF INTENT TO USE BUSINESS RECORDS AFFIDAVIT | 1 Pages | $0.25 | ☑ |
| •STATE'S SECOND NOTICE OF INTENT TO USE BUSINESS RECORDS AFFIDAVIT | 21 Pages | $5.25 | ☑ |
| •NOTICE OF INTENT TO USE DEFENDANT'S ORAL RECORDED STATEMENT | 1 Pages | $0.25 | ☑ |

**Court of Criminal Appeals**

| Document | Pages | Cost | |
|---|---|---|---|
| **PD-1207-14 PART 2 CLERK'S RECORD VOLUME 1** | | | |
| •DEFENDANT'S MOTION FOR DISCOVERY OF EXCULPATORY AND MITIGATING EVIDENCE | 3 Pages | $0.75 | ☑ |
| •MOTION TO SUPPRESS DEFENDAN'T SSTATEMENT PURSUANT TO JACKSON V. DENNO | 4 Pages | $1.00 | ☑ |
| •DEFENDANT'S MOTION TO SUPPRESS AND ORDER OF THE COURT | 3 Pages | $0.75 | ☑ |
| •MOTION TO TESTIFY FREE FROM IMPEACHMENT BY PRIOR CONVICTIONS | 4 Pages | $1.00 | ☑ |
| •MOTION FOR NOTICE OF EXTRANEOUS OFFENSES THAT WILL BE OFFERED AS RELEVANT TO OPPORTUNITY, PREPARATION, INTENT, KNOWLEDGE, MOTIVE, IDENTITY, PLAN, ABSENCE OF MISTAKE | 3 Pages | $0.75 | ☑ |
| •REQUEST FOR NOTICE OF INTENT OF OFFER EVIDENCE OF CONVICTION UNDER RULE 609(f) AND OF AN EXTRANEOUS CRIME OR BAD ACT UNDER ARTICLE 37.07 | 1 Pages | $0.25 | ☑ |
| •MOTION TO TRANSFER PRIOR MOTIONS TO NEW CAUSE NUMBER AND ORDER OF THE COURT | 2 Pages | $0.50 | ☑ |
| •NOTICE OF RE-INDICTMENT | 3 Pages | $0.75 | ☑ |
| •INSTANTER | 1 Pages | $0.25 | ☑ |
| •STATE'S SECOND NOTICE OF INTENTION TO USE EXTRANEOUS OFFENSES AND PRIOR CONVICTIONS | 5 Pages | $1.25 | ☐ |
| •REQUEST FOR APPOINTMENT OF COUNSEL AND ORDER OF THE COURT | 1 Pages | $0.25 | ☑ |
| •ORDER | 1 Pages | $0.25 | ☑ |
| •DEFENSE MOTION AT TIME OF ENTERING PLEA OF NOT GUILTY | 1 Pages | $0.25 | ☑ |
| •STATE'S JURY LIST | 3 Pages | $0.75 | ☑ |
| •DEFENDANT'S JURY LIST | 3 Pages | $0.75 | ☑ |
| •ORDER | 1 Pages | $0.25 | ☑ |
| •STATE'S JURY LIST | 3 Pages | $0.75 | ☑ |
| •DEFENDANT'S JURY LIST | 3 Pages | $0.75 | ☑ |
| •ORDER | 1 Pages | $0.25 | ☑ |
| •ADMONISHMENTS | 3 Pages | $0.75 | ☑ |
| •CHARGE OF THE COURT ON GUILT OR INNOCENCE | 7 Pages | $1.75 | ☑ |

| | | | |
|---|---|---|---|
| •REQUEST OF THE JURY AND REPLY OF THE COURT | 2 Pages | $0.50 | ☑ |
| •CHARGE OF THE COURT ON THE ASSESSMENT OF PUNISHMENT | 8 Pages | $2.00 | ☑ |
| •JUDGMENT OF CONVICTION BY JURY | 2 Pages | $0.50 | ☑ |
| •J.I.M.S. SUPPLEMENTAL COST BILL ENTRY | 3 Pages | $0.75 | ☑ |

**Court of Criminal Appeals**

| **PD-1207-14 PART 2 CLERK'S RECORD VOLUME 1** | | | |
|---|---|---|---|
| •NOTICE OF APPEAL | 2 Pages | $0.50 | ☐ |
| •TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | 1 Pages | $0.25 | ☐ |
| •PAUPER'S OATH ON APPEAL AND ORDER OF THE COURT | 1 Pages | $0.25 | ☐ |
| •AGREED MOTION TO SEAL DIGITAL MEDIA CONTAINING CONTRABAND AND ORDER OF THE COURT | 1 Pages | $0.25 | ☐ |

**Court of Criminal Appeals**

| **PD-1207-14 PART 2 CLERK'S RECORD VOLUME 2** | | | |
|---|---|---|---|
| •14-13-00266-CR VOLUME 2 OF 2 | 1 Pages | $0.25 | ☐ |
| •CAUSE #1379634 VOLUME 2 OF 2 | 1 Pages | $0.25 | ☐ |
| •STATE'S PROPOSED VOIR DIRE (LARGE DOCUMENT) | 115 Pages | $28.75 | ☑ |
| •LETTER OF ASSIGNMENT TO THE 14TH COURT OF APPEALS | 1 Pages | $0.25 | ☑ |
| •DOCKET | 3 Pages | $0.75 | ☐ |
| •CERTIFICATE OF THE COURT | 1 Pages | $0.25 | ☑ |

**Court of Criminal Appeals**

| **PD-1207-14 PART 2 APPELLANT'S BRIEF** | 45 Pages | $11.25 | ☐ |
|---|---|---|---|

**Court of Criminal Appeals**

| **PD-1207-14 PART 2 STATE'S APPELLATE BRIEF** | 41 Pages | $10.25 | ☐ |
|---|---|---|---|

**Court of Criminal Appeals**

| **PD-1207-14 PART 2 REPORTER'S RECORD FILED 18 JUNE 2013** | | | |
|---|---|---|---|
| •VOLUME 1 OF 8 MASTER INDEX | 11 Pages | $2.75 | ☐ |
| •VOLUME 2 OF 8 JURY VOIR DIRE | 136 Pages | $34.00 | ☐ |
| •VOLUME 3 OF 8 TRIAL ON THE MERITS | 111 Pages | $27.75 | ☐ |
| •VOLUME 4 OF 8 TRIAL ON THE MERITS | 227 Pages | $56.75 | ☐ |
| •VOLUME 5 OF 8 TRIAL ON THE MERITS | 284 Pages | $71.00 | ☐ |
| •VOLUME 6 OF 8 TRIAL ON THE MERITS | 35 Pages | $8.75 | ☐ |
| •VOLUME 7 OF 8 PUNISHMENT | 67 Pages | $16.75 | ☐ |

| | |
|---|---|
| Total pages: | 2163 |
| Total cost: | $540.75 |
| Tax (8.25%): | $44.61 |
| Service Charge: | $20.00 |
| **ORDER TOTAL:** | $605.36 |

FROM : MR. MARK ANTHONY KENTISH
Spn# 1846130   C3-08
Bill Clements Unit
9601 Spur 591  Amarillo, Texas 7